## ABBOT v. RENAUD.

A party aggrieved by error in a judgment ordinarily has a simple and sufficient remedy by motion at the trial term to bring forward the action for correction of the error, and the cumbersome process of a writ of error is unnecessary.

WRIT OF ERROR, bringing before the court the petition of Wm. H. Renaud to be substituted as plaintiff in the suit *Isaac C. Wilbur* v. *Edward A. Abbot*, and the record therein. The errors assigned are, (1) That Renaud was substituted as plaintiff at a term subsequent to the time when final judgment was rendered in the cause, and without notice to the plaintiff in error. (2) That the substitution was made notwithstanding Renaud was not executor or administrator of Wilbur, nor an heir or next of kin.

*Samuel C. Eastman*, for the plaintiff in error.

ALLEN, J.   Ordinarily a party aggrieved by error in a judgment has a simple and ample remedy by motion at the trial term to bring the action forward, and to vacate, modify, or reverse the judgment complained of.   *McIntire* v. *Carr*, 59 N. H. 207.   If it shall appear that there is any record of an order or judgment made in court substituting Renaud as party plaintiff in the place of Wilbur in the action *Wilbur* v. *Abbot*, the plaintiff in error can have his remedy at the trial term, the cumbersome process of a writ of error being unnecessary.

*Writ dismissed.*

DOE, C. J., did not sit: the others concurred.